IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL WAYNE JACKSON, | § |
| Petitioner, | § |
| VS. | § CIVIL ACTION NO. H-07-1676 |
| NATHANIEL QUARTERMAN, | § |
| Respondent. | § |

## ORDER OF DISMISSAL

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is dismissed without prejudice.

SIGNED on May 29, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge